IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DONNA CARR** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **CAUSE NO. 1:05CV233** |
| | § | |
| **UNITED STATES OF AMERICA** | § | **DEFENDANT** |

## JUDGMENT

This matter having come on to be heard on the Motion for Summary Judgment [36] filed by Defendant United States of America, the Court, after a full review and consideration of the Defendant's Motion, the pleadings on file and the relevant legal authority, finds that in accord with the memorandum opinion and order entered herewith,

**IT IS ORDERED AND ADJUDGED** that because there is no genuine issue as to any material fact, judgment is rendered in favor of the Defendant pursuant to FED. R. CIV. P. 56. Plaintiff's case is hereby dismissed with prejudice. All remaining pending motions are hereby rendered moot.

**SO ORDERED AND ADJUDGED** this the 21ᵗʰ day of February, 2007.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE